Benjamin Wright
Wright Law Offices
1418 North Scottsdale Road, Ste 222
Scottsdale, Arizona 85257
602-685-1063
480-717-3380 (fax)
bwright@wloaz.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| | Case No. 2:13-bk-21996-SSC |
| GENE O. BRAXTON, | DEBTOR'S MOTION FOR CONTEMPT AND SANCTIONS AGAINST FREEDOM ROAD FINANCIAL AND EVERGREEN BANK GROUP |
| Debtor(s). | |

COMES NOW Gene O. Braxton, Debtor, and respectfully moves this Court for a finding of contempt and for imposition of sanctions, both compensatory and punitive, against Freedom Road Financial and Evergreen Bank Group, jointly and severally, for a violation of this Court's Automatic Stay under section 362 of the United States Bankruptcy Code. In support of his motion Debtor states as follows:

## **HISTORY**

1. Freedom Road Financial is a subsidiary of Evergreen Bank Group.
2. On or about December 22, 2013 Freedom Road Financial caused to be repossessed a Ducati Motorcycle that is Debtor's sole means of transportation.
3. On December 30, 2013, Debtor filed for relief under Chapter 13 of the Bankruptcy Code by filing a petition in this case.
4. Debtor's counsel called Freedom Road Financial to inform them of the bankruptcy filing on December 30, 2013. On December 31, 2013 Debtor's counsel caused to be faxed and emailed a Notice of Filing Bankruptcy.
5. On January 1st, 2013 Debtor's counsel received an email from Nicholas P. Spallas indicating that Freedom Road Financial is being represented by him.

6. Both Freedom Road Financial and its counsel have actual knowledge of the bankruptcy proceeding.

7. On January 1, 2014 Counsel for Freedom Road Financial indicates that the motorcycle had been transported out of state for auction and is in the process of being returned.

8. As of the filing of this motion, the motorcycle has not been returned, nor has there even been an estimated date of return provided by Freedom Road Financial.

## POINTS AND AUTHORITY

9. 11 U.S.C. § 362 provides an automatic stay against most actions of a creditor. A willful violation of the automatic stay allows for actual and punitive damages as sanctions for willful violation. *Eskanos & Adler, P.C. v. Leetien. 309F.3d 1210 (9th Cir. 2002).*

10. Whether the creditor believes in good faith that it has a right to property is not relevant to whether or not the violation is willful. All that is required is a knowledge of the automatic stay and the actions in violation of the stay are intentional. *Sternberg v. Johnston, 595 F.3d 937 (9th Cir. 2010).*

11. In the instant case Debtor believes that Freedom Road Financial is delaying the return of the motorcycle. In support of this, it has now been four days since the instant bankruptcy was filed. Further, counsel for Freedom Road Financial has failed to even provide an estimated date of delivery for the vehicle, instead only being deceptive and trying to hinder and delay the return of the vehicle by all means possible. Moreover, Freedom Road Financial and its counsel have not bothered to provide the location of the motorcycle, even after being asked numerous times. This secrecy lends to the deceptiveness of Freedom Road Financial and its counsel.

13. Freedom Road Financial is making a mockery of the automatic stay provisions of the Bankruptcy Code and are doing so willfully and egregiously.

15. Debtor has incurred, and continues to incur attorney fees to enforce the automatic stay in this court. Debtor is suffering from emotional distress as a result of the willful violation of the automatic stay. As previously mentioned, the aforementioned vehicle is debtor's sole means of transportation. Because of this, Debtor has missed work because of a lack of transportation, which is jeopardizing debtor's ability to fund a Chapter 13 plan and reorganize under Chapter 13.

WHEREFORE, the Debtor requests the entry of an order:

a. Finding Freedom Road Financial and its parent company, Evergreen Bank Group, in contempt, jointly and severally, for violation of the automatic imposed by this Court;

b. Sanctioning Freedom Road Financial and its parent company, Evergreen Bank Group, jointly and severally, by awarding compensatory and punitive damages, plus all attorney fees and costs incurred as a result of their contemptuous actions; and

c. Such other relief as this Court deems appropriate

Respectfully submitted January 3, 2014         /s/Benjamin Wright
                                               Benjamin Wright
                                               Attorney for the Debtor