IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In Re:					)	Case No.	13-21996-SSC
					)
					)	Chapter 13
					)
GENE O. BRAXTON,			)
					)
					)
	Debtor.			)
					)

### Affidavit of Kim Drake in Support of FreedomRoad's Response to Debtor's Motion for Contempt and Sanctions for Violation of the Automatic Stay.

State of		NEVADA		)
					)	ss.
County of		WASHOE		)

Kim Drake, being first duly sworn, says:

1. I am an employee of FreedomRoad Financial with a principle place of business in the county of Washoe, in the State of Nevada, and have knowledge of the records of FreedomRoad.

2. On August 10, 2013, Gene Braxton purchased a 2012 Ducati 1199s Panigale, VIN: *************4564 ("Ducati"), for $29,634.87, financed by FreedomRoad, and executed a security agreement granting a lien on the collateral in favor of FreedomRoad.

3. The above-referenced Ducati model is meant for one passenger, the driver, and is considered to be a race ready recreational sport bike.

4. After a first payment default, and after making only one full payment over a course of several months, FreedomRoad exercised its contractual right to repossess the Ducati on December 22, 2013.

5. On December 22, 2013, I as well as other FreedomRoad employees received a phone call from Mr. Braxton wherein he requested that the Ducati be returned and we informed Mr. Braxton of the payoff on the accelerated note.

6. Mr. Braxton indicated to me as well as other FreedomRoad employees that he was going to file for bankruptcy in order to get the Ducati back.

7. In an effort to mitigate its losses on a rapidly depreciating recreational sport bike, FreedomRoad initiated transport of the Ducati to its auction vendor out of state after it became apparent that the Mr. Braxton would not redeem before the 10 day period.

8. Upon notification of Debtor's filing, FreedomRoad initiated the re-transport of the collateral back to Arizona.

9. At no time did I or any employee of FreedomRoad seek to delay the transport of the Ducati and re-delivery to Mr. Braxton.

10. To the best of my knowledge, FreedomRoad's auction vendor is a dealer only liquidator and does not deal with the public directly as a matter of internal policy for the protection of its facility and employees.

Kim Drake

State of     NEVADA     )
                                                    )    ss.
County of    WASHOE     )

SUBSCRIBED and SWORN to before me on the ___9th___ day of January, 2014.

Notary: Peggy Watson

PEGGY WATSON
NOTARY PUBLIC
STATE OF NEVADA
No.10-1800-5   My Appt. Exp. April 9, 2014

My commission expires: 4-9-14