| | |
|---|---|
| 1 | Nichlas P. Spallas, No. 016765 |
| | Adam C. Jones, No. 022201 |
| 2 | SPALLAS JONES, PLLC |
| | P.O. BOX 64417 |
| 3 | Tucson, Arizona 85728-4417 |
| | (520) 615-4112, EXT. 206 |
| 4 | nic@spallasjones.com |
| | adam@spallasjones.com |
| 5 | Attorneys for FreedomRoad Financial |

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 13-21996-SSC |
| | ) | |
| GENE O. BRAXTON, | ) | |
| | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | NOTICE OF LODGING OF AGREED |
| | ) | ORDER CONDITIONALLY |
| | ) | TERMINATING AUTOMATIC STAY |
| FREEDOMROAD FINANCIAL | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | 2012 Ducati 1199s Panigale |
| | ) | VIN: *************4564 |
| GENE O. BRAXTON, | ) | |
| | ) | Hon. Judge Sarah Sharer Curley |
| | ) | |
| RUSSELL A. BROWN, Trustee | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

NOTICE IS GIVEN that FreedomRoad Financial has lodged an Agreed Order Conditionally Terminating Automatic Stay. FreedomRoad Financial filed its Agreed Order Conditionally Terminating Stay and no objections were received within the allowed time. A copy of the Order is attached hereto marked Exhibit "A".

DATED this 5th day of February, 2014

By /s/ Nichlas P. Spallas (#016765)
Nichlas P. Spallas
Adam C. Jones
SPALLAS JONES, PLLC
P.O. BOX 64417
Tucson, Arizona 85728-4417
(520) 615-4112, EXT. 206
Attorneys for FreedomRoad Financial

Copies of the foregoing mailed or emailed
On this 5th day of February, 2014, to:

U.S. Trustee
Office of the U.S. Trustee
230 N. First Avenue
Ste. 204
Phoenix, AZ 85003

Russell Brown
Chapter 13 Trustee
3838 N. Central Avenue, Ste 800
Phoenix, AZ 85012

Benjamin Wright
Wright Law Offices
1418 North Scottsdale Road, Ste. 222
Scottsdale, Arizona 85257
Attorney for Debtor

Gene O Braxton
19550 N. Grayhawk Drive, #1104
Scottsdale, AZ 85255

By /s/ Nichlas P. Spallas (#016765)

Nichlas P. Spallas, No. 016765
Adam C. Jones, No. 022201
SPALLAS JONES, PLLC
P.O. BOX 64417
Tucson, Arizona 85728-4417
 (520) 615-4112, EXT. 206
nic@spallasjones.com
adam@spallasjones.com
Attorneys for FreedomRoad Financial

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | |
| ) | Case No.   13-21996-SSC |
| ) | |
| GENE O. BRAXTON, ) | |
| ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| _____) | |
| ) | AGREED ORDER ON |
| ) | MOTION FOR RELIEF |
| FREEDOMROAD FINANCIAL ) | FROM STAY |
| ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | 2012 Ducati 1199s Panigale |
| ) | VIN: *************4564 |
| GENE O. BRAXTON, ) | |
| ) | Hon. Judge Sarah Sharer Curley |
| ) | |
| RUSSELL A. BROWN, Trustee ) | |
| ) | |
| Respondents. ) | |
| _____) | |

AGREED ORDER CONDITIONALLY TERMINATING STAY

COMES NOW, FreedomRoad Financial, ("FreedomRoad") a secured creditor, and, Gene O. Braxton, Debtor, by their respective counsel, the Debtor intending to retain the 2012 Ducati

1199s Panigale (VIN: *************4564), ("Collateral") described in the security agreement/contract ('contract") see attached (Exhibit "A"); agree as follows:

1. That said creditor has a valid and perfected security interest in the said collateral;

2. That the Debtor has no equity therein;

3. That in order to retain and use said collateral, Debtor agrees to pay the full balance as a secured "910 claim" as per 11 U.S.C.A §1325(a)(9) through his Plan, disbursed by and through the Trustee, at 5.25% interest, including all arrearages which shall be added to the claim;

4. That Debtor agrees to make adequate protection payments of $361.77, disbursed by and through the trustee until the plan is confirmed, thereafter, making full payments disbursed by and through the trustee;

5. That Debtor agrees to keep full insurance coverage, current, valid, and in full force, on the collateral until the claim is paid in full and FreedomRoad may request proof of insurance, at anytime, and from time to time by either contacting debtor for insurance carrier information, the insurance carrier, and/ or the Arizona Motor Vehicle Department;

6. That Debtor agrees to, in compliance with Arizona state law, either renew his Arizona motorcycle driving permit, or obtain a motorcycle operator endorsement, prior to the expiration of his current Arizona permit which is set to expire in March of 2014.;

7. To the extent consistent with Title 11 of the Bankruptcy Code, judicial orders in this case, the proof of claim, and the confirmed plan, the Debtor agrees to incorporate the terms of the contract herein by reference;

8. That in the event any one of the above terms 3-6 are not fulfilled, such will constitute an event of default;

9. That in the event any one contract term is not fulfilled, to the extent consistent with Title 11 of the Bankruptcy Code, judicial orders in this case, the proof of claim, and the confirmed plan, such will constitute an event of default;

10. That in exchange for the above, FreedomRoad agrees that Debtor may retain and use the collateral as long as he is not in default of said terms of retention;

11. That in the event of default, occurring for the first time under this agreement, regarding any single term listed, FreedomRoad shall file a notice of default and serve a copy on Debtor's counsel, and shall give a 10 day right to cure such default;

12. That in the event any default remains uncured after the 10 day notice period, FreedomRoad may exercise its rights under this Agreed Order and no further action will be necessary to lift the stay.

13. That in the event of a second default, occurring under this agreement, regarding any single term listed, the 10 day right to cure shall not be required, FreedomRoad may exercise its rights under the Agreed Order immediately and no further action will be necessary to lift the stay.

FreedomRoad Financial having filed its proposed Agreed Order Conditionally Terminating Stay on January 21, 2014, the Court finds there were no timely objections to the Agreed Order and the Court being otherwise advised;

IT IS HEREBY AGREED, ORDERED AND ADJUDGED, as follows:

(1) The 11 U.S.C. §362 (a) stay is hereby lifted to permit FreedomRoad to enforce its security interest in the aforesaid collateral;

(2) The Debtor shall retain the Collateral and FreedomRoad shall refrain from enforcing its security interest as long as there is no event of default as listed in 3-6 above of this

agreement, or otherwise listed in the terms of the contract to the extent consistent with Title 11 of the Bankruptcy Code, judicial orders in this case, the proof of claim, and the confirmed plan;

(3) In the event of default, occurring for the first time under this agreement, FreedomRoad shall file a Notice of Default with a 10 day right to cure period before exercising its rights under this Agreed Order Terminating Stay;

(4) In the event such default is not cured on or before 10 days after the Notice of Default is served on Debtor's counsel, no further action shall be necessary and FreedomRoad may exercise all rights available to enforce its lien on the collateral;

(5) In the event of default, occurring for the second time under this agreement, FreedomRoad shall not be required to issue the 10 day right to cure notice, FreedomRoad may exercise its rights under the Agreed Order immediately and no further action will be necessary to lift the stay.

(6) Upon default, Debtor will surrender the collateral and FreedomRoad by voluntarily returning the collateral to GO AZ Motorcycles located at 15500 N. Hayden Road in Scottsdale, or other Arizona Ducati dealership, and FreedomRoad shall sell the collateral in a commercially reasonable manner without the need of sending any further notice of sale as may be required by state law, Debtor having waived the same;

SO ORDERED, this _____ day of _____, 2014.

_____
HON. SARAH SHARER CURLEY
UNITED STATES BANKRUPTCY COURT

CONSENTED AND AGREED TO:

 /s/ Benjamin Wright_____
Benjamin Wright, Esq.
Wright Law Offices
1418 North Scottsdale Road, Ste. 222
Scottsdale, Arizona  85257
Signed on behalf of Gene Braxton as his Attorney


/s/ Nichlas Spallas_____
Nichlas P. Spallas, Esq.
Adam C. Jones, Esq.
SPALLAS JONES, PLLC
P.O. BOX 64417
Tucson, Arizona  85728-4417
 (520) 615-4112, EXT. 206
Signed on behalf of FreedomRoad as its Attorney