# CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT

Case Number: 13-21996   Debtor(s) Name(s): GENE BRAXTON

Financial Report for: JAN 2014 (month and year)    DBA - FORCE DIGITAL SYSTEMS - LLC

## 1. INCOME.

| | | |
|---|---|---|
| Gross Business Receipts / Sales | $ 7,286.00 | |
| Sales Taxes Collected | $ — | |
| **TOTAL INCOME** | | $ 7,286.00 |

## 2. COSTS AND EXPENSES.

| | |
|---|---|
| Advertising & Promotion | $ 2859.36 |
| Auto Fuel & Operations | $ — |
| Debt Payments by Corp. or LLC (do not incl. any debts included in the case or the plan payment): | |
| (a) — | $ |
| (b) — | $ |
| (c) — | $ |
| Employee Benefits: | |
| (a) Hospitalization & Medical | $ — |
| (b) Retirement | $ — |
| (c) Other | $ — |
| Insurance Premiums (fire, theft, liability, etc.) | $ — |
| Inventory, Materials & Supplies | $ 166.00 |
| Legal & Accounting | $ 1352.00 |
| Maintenance & Repairs | $ — |
| Office Supplies | $ — |
| Other Business Expenses (itemize): | |
| (a) | $ — |
| (b) | $ — |
| Postage & Shipping | $ — |
| Rent or Lease Expense for Business Location | $ - HOME |
| Salaries, Wages, Bonuses (gross amt., do not incl. owner's comp.) | $ 697.00 |
| Taxes: | |
| Employer's FICA (social security) contributions | $ — |
| Sales Taxes | $ — |
| Unemployment Taxes | $ — |
| Telephone & Utilities | $ 189.04 |
| Workers' Compensation Insurance | $ — |
| **TOTAL COSTS AND EXPENSES** | $ 5263.40 |

## 3. NET INCOME (LOSS). (Total Income [#1] less Total Costs & Expenses [#2]) ... $ 2,022.60

4. Total funds on hand and in bank account(s)   $ 3122.88
5. Total value of inventory on hand (cost basis)   $ —
6. Total accounts receivable   $ 3122.88
7. Total accounts payable   $ 0.00

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: 1/30, 2014.

_____   _____
Debtor                       Debtor