IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GENE O BRAXTON,<br><br>　　　　　　　　　　　Debtor.<br><br>ALLY FINANCIAL,<br>　　　　　　　　　　　Movant,<br><br>vs.<br><br>GENE O BRAXTON, Debtor; and RUSSELL<br>BROWN, as Chapter 13 Trustee,<br><br>　　　　　　　　　　　Respondents. | Chapter 13<br><br>Case No.  2:13-bk-21996-SSC<br><br><br>ORDER DENYING MOTION FOR RELIEF FROM STAY WITHOUT PREJUDICE FOR DEBTOR |

　　　　This matter comes before the Court on a "Motion for Relief from Stay" ("Motion") filed on February 11, 2014 by ALLY FINANCIAL ("Movant").  The Court has reviewed the Motion and underlying exhibits and denies the Motion without prejudice for the following reason(s):

　　___　　The Movant is not listed on the vehicle title.  See Local Rule 4001-1(e).

　　✓　　The Court cannot determine whether the Movant is listed on the underlying vehicle title because the title was not provided.  See Local Rule 4001-1(e). Third party title is not adequate.

　　✓　　The documentation submitted by Movant in support of its assertion that it is the real party in interest is not sufficient to inform the Court whether Movant's security interest is noted on the vehicle title.

　　___　　The documentation submitted by Movant in support of its assertion that it is the real party in interest is unsworn.

At such time as the Movant remedies the deficiency described above, it may resubmit its Order for Relief from the Automatic Stay at which time the Court will reconsider this Order and grant relief, if appropriate. Now, therefore,

IT IS ORDERED denying the Motion for Relief from the Automatic Stay without prejudice.

SIGNED AND DATED ABOVE