James B. Ball (#007339)
Poli & Ball, P.L.C.
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400
ball@poliball.com
Attorney for Santander Consumer USA Inc.

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. 13-21996-SSC |
| Gene O Braxton, | Chapter 13 |
| Debtor. | |
| Santander Consumer USA Inc., | |
| Movant, | **ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| vs. | |
| Gene O Braxton; and Russell Brown, Trustee, | |
| Respondents. | |

      Santander Consumer USA Inc., having filed its Motion for Relief from the Automatic Stay on February 26, 2014, ("the motion").

      The court finds that there were no timely written objections filed to the motion.

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

Case 2:13-bk-21996-SSC    Doc 56    Filed 03/24/14    Entered 03/24/14 15:25:44    Desc
Main Document    Page 1 of 2

1   The court further finds there is no equity in the subject property for the
2   bankruptcy estate,
3   IT IS ORDERED terminating the automatic stay of 11 U.S.C. Section
4   362(a) as it is applicable to the debtor, with respect to the following described personal
5   property ("the property"):
6   2008 Audi A4
7   VIN # WAUAF78E48A120043
8   IT IS FURTHER ORDERED relieving Santander Consumer USA Inc. from
9   the automatic stay of 11 U.S.C. Section 362(a) as to the bankruptcy estate.
10  IT IS FURTHER ORDERED that Santander Consumer USA Inc. may file
11  an amended proof of claim for any deficiency balance within 30 days of disposition of the
12  collateral or by the claims bar date, whichever is later.
13  *SIGNED AND DATED ABOVE.*

_____
U.S. Bankruptcy Court Judge

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400